AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

RANDY ROYAL JOHNSON,

      Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                      CASE NUMBER: **3:09-cv-00561-LRH-RAM**

GREG SMITH, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (Document No. 7) is DISMISSED without prejudice.

  January 19, 2011                             **LANCE S. WILSON**
                                                     Clerk

                                                 /s/ Katie Lynn Ogden
                                                   Deputy Clerk